IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-01461-WYD

MICHAEL GUERZON and JESSAMINE GUERZON,

      Plaintiffs/Claimants,

v.

GENERAL STEEL DOMESTIC SALES, LLC d/b/a GENERAL STEEL CORPORATION, JEFFREY KNIGHT, JONAH GOLDMAN, BEN HANSEN, BRUCE GRAHAM, NATHAN WRIGHT AND DAUPHNE YAKOBSON,

      Defendants/Respondents.

---

## ORDER

---

      This Matter comes on before the Court on the Claimants' Application to Confirm Final Arbitration Award, filed June 6, 2010 [ECF No. 1].  Claimants seek confirmation of the Final Arbitration Award they received on May 23, 2011, from an Arbiter of the Judicial Arbiter Group, pursuant to 9 U.S.C. § 9.  The Court notes that the Application was sent to Respondents on June 3, 2011.

      Claimants state that they are reluctant to file the Final Arbitration Award with the Court, as required by the statute, because of previous actions taken by Respondents.  They make certain requests for a Court order that will allow them to move toward their goal of confirmation of their award, while minimizing the risk they perceive.  I find that Claimants' request are reasonable considering the evidence they have presented.

      It is, therefore, ORDERED that on or before 15 days from the date of this Order Respondents shall pursue either of the following courses of action:

1. If the Respondents believe the Final Arbitration Award is confidential, they shall file a motion to submit it under seal; or in the alternative,

2. Allow Claimants to file the Final Arbitration Award under seal if Respondents do not do so within 15 days of the date of this Order.

Dated: June 16, 2011.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE